May 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT EARL ADAMS, Appellant

NO. 14-12-00768-CR                           V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellee The State of Texas. We order the motion be granted in part as stated in the Opinion on Rehearing, and that the former judgment of February 20, 2014, be withdrawn, vacated, set aside, and annulled.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**. We further order this decision certified below for observance.